# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LAWRENCE RODRIGUEZ**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**NANCY A. BERRYHILL**, Acting Commissioner, Social Security Administration,<br><br>Defendant. | Case No.: SACV16−00630−VEB<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: June 19, 2017         /s/Victor E. Bianchini
                             HONORABLE VICTOR E. BIANCHINI
                             UNITED STATES MAGISTRATE JUDGE